450 A.2d 210

Commonwealth v. Taylor a/k/a Hatcher, Appellant.
Petition for Allowance of Appeal
Denied Nov. 5, 1982.

Submitted October 27, 1981.  John H. Corbett, Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.